## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 73.141.161.106

**ISP:** Comcast Cable
**Physical Location:** Upper Darby, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/04/2018 04:14:15 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 10/03/2018 23:19:02 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 10/03/2018 09:00:06 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 08/30/2018 00:23:43 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 08/09/2018 16:35:30 | D83746F69B1881ABCB88FDC0424C05F71F908A48 | Moving Day Sex |
| 07/04/2017 14:27:52 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 06/12/2017 14:31:29 | BE7980A1B99D9F84A2D557F97E2C55E34E16C2E1 | Love In Prague |
| 06/12/2017 07:54:02 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

EPA782