UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 2:18-cv-05103-JP
                                        Plaintiff,               :
                                                                 :
                    vs.                                          :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
73.141.161.106,                                                  :
                                                                 :
                                        Defendant.               :
                                                                 :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 73.141.161.106. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 7, 2019                    Respectfully submitted,

                                        FIORE & BARBER, LLC

                                    By:  /s/ *Christopher P. Fiore*
                                        Christopher P. Fiore, Esquire
                                        418 Main Street, Suite 100
                                        Harleysville, PA 19438
                                        Tel: (215) 256-0205
                                        Fax: (215) 256-9205
                                        Email: cfiore@fiorebarber.com
                                        PA Attorney ID: 83018

1

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *Christopher P. Fiore*